ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Alan.Lazarus@dbr.com
Krista.Cosner@dbr.com

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE

ORIGINAL FILED

MAY 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KATHRYN BROWN, JESSE MOORE,

Plaintiffs,

v.

SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION,

Defendants.

Case No.

**DISCLOSURE STATEMENT OF GLAXOSMITHKLINE**
[F.R.C.P. 7.1]

The undersigned, counsel of record for Defendant, SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

GlaxoSmithKline plc, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of defendant, SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE. No publicly held company owns ten percent or more of the stock of GlaxoSmithKline plc.

///

///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400662\1

DISCLOSURE STATEMENT OF GLAXOSMITHKLINE                                    CASE NO.

| | |
|---|---|
| 1  Dated: May 27, 2008 | DRINKER BIDDLE & REATH LLP |
| 2 | |
| 3 | *[signature]* |
|   | KRISTA L. COSNER |
| 4 | |
|   | Attorneys for Defendant |
| 5 | SMITHKLINE BEECHAM |
|   | CORPORATION d/b/a |
| 6 | GLAXOSMITHKLINE |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28