ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Alan.Lazarus@dbr.com
Krista.Cosner@dbr.com

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KATHRYN BROWN, JESSE MOORE,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>SMITHKLINE BEECHAM<br>CORPORATION d/b/a<br>GLAXOSMITHKLINE and McKESSON<br>CORPORATION,<br><br>　　　　　Defendants. | Case No. C-08-02664 CW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER EXTENDING DEFENDANTS'<br>TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time within which defendants SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE ("GSK") and McKESSON CORPORATION ("McKesson) (collectively "Defendants") may move, answer, or otherwise respond to Plaintiffs' Complaint shall be governed by the Pretrial Orders entered in the multi-district litigation, *In re Avandia Marketing, Sales Practices and Products Liability Litigation,* MDL 1871 (E.D. Pa.) before the Honorable Cynthia M. Rufe, of the United States District Court for the Eastern District of Pennsylvania.[1]

---

[1] The above-entitled action was tagged for transfer to MDL 1871 and awaits transfer by the Judicial Panel on Multidistrict Litigation.

Pursuant to Local Rule 6-1, stipulations which alter the date of any event or any deadline already fixed by the Court require court approval. Although the parties believe this stipulation will have no such effect, to the extent that it does, the parties request that this Court approve the proposed order below, allowing the time frame for Defendants to move, answer, or otherwise respond to Plaintiffs' Complaint to be governed by the Pretrial Orders entered in the multi-district litigation, *In re Avandia Marketing, Sales Practices and Products Liability Litigation,* MDL 1871 (E.D. Pa.).

IT IS SO STIPULATED:

Dated: June 13, 2008          DRINKER BIDDLE & REATH LLP

                              */S/Krista L. Cosner*
                              KRISTA L. COSNER

                              Attorneys for Defendants
                              SMITHKLINE BEECHAM
                              CORPORATION d/b/a
                              GLAXOSMITHKLINE and
                              McKESSON CORPORATION

Dated: June 13, 2008          THE MILLER FIRM, LLLC

                              */S/ David C. Andersen*
                              DAVID C. ANDERSEN (Bar No. 194095)
                              KRISTINA M. GIGSTAD

                              Attorney for Plaintiffs

Pursuant to stipulation, IT IS SO ORDERED:

Dated: June __, 2008

                              _____
                              United States District Court, Northern
                              District of California