IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN BROWN ET AL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SMITHKLINE BEECHAM CORPORATION, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 08-02664 CW<br><br>ORDER TEMPORARILY STAYING ACTION |

　　IT IS HEREBY ORDERED that all further proceedings in this case are STAYED pending a decision by the Judicial Panel on Multidistrict Litigation regarding the transfer of this case to the Eastern District of Pennsylvania (MDL 1871) for consolidated pretrial proceedings.  All hearing and motion dates are VACATED pending further order of this Court.

　　**Removing Defendant shall serve on all other parties a copy of this Order.**

Dated:  6/19/08

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE