Inasmuch as no objection is pending at this time, the stay is lifted.

JUL - 7 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 7-10-08
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 18 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-20)**

On October 16, 2007, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1339 (J.P.M.L. 2007). Since that time, 164 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871

## SCHEDULE CTO-20 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA SOUTHERN** | |
| ALS 1 08-268 | Sharron Edwards, et al. SmithKline Beecham Corp. |
| ALS 1 08-269 | Linda Jones, et al. v. SmithKline Beecham Corp. |
| ALS 1 08-270 | Carolyn Knight v. SmithKline Beecham Corp. |
| ALS 1 08-271 | William Hanekamp, et al. v. SmithKline Beecham Corp. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 08-3372 | Lynel Dixon v. SmithKline Beecham Corp. |
| CAC 2 08-3472 | Cassandra Woehr, etc. v. SmithKline Beecham Corp., et al. |
| CAC 2 08-3474 | Linda Baldwin v. SmithKline Beecham Corp., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 08-2659 | Harold Douglas Edwards, et al. v. SmithKline Beecham Corp., et al. |
| CAN 3 08-2660 | James King, et al. v. SmithKline Beecham Corp., et al. |
| CAN 3 08-2661 | Randy Nabers, et al. v. SmithKline Beecham Corp., et al. |
| CAN 3 08-2662 | Mary Louise Abbott, et al. v. SmithKline Beecham Corp., et al. |
| CAN 3 08-2664 – CW | Kathryn Brown, et al. v. SmithKline Beecham Corp., et al. |
| CAN 3 08-2665 | Doris E. Secord, et al. v. SmithKline Beecham Corp., et al. |
| CAN 3 08-2666 | Allen Williams, et al. v. SmithKline Beecham Corp., et al. |
| CAN 3 08-2667 | David Compton, et al. v. SmithKline Beecham Corp., et al. |
| CAN 4 08-2574 | Rosena Perkins, et al. v. SmithKline Beecham Corp., et al. |
| **KENTUCKY EASTERN** | |
| KYE 5 08-217 | Robert Yates, etc. v. SmithKline Beecham Corp. |
| **KENTUCKY WESTERN** | |
| KYW 3 08-279 | Adam Troy Williams v. SmithKline Beecham Corp. |
| **LOUISIANA EASTERN** | |
| LAE 2 08-3496 | Carolyn M. Gracia v. SmithKline Beecham Corp. |
| LAE 2 08-3515 | Donald Boman, Sr. v. SmithKline Beecham Corp. |
| LAE 2 08-3516 | Clarence Barra, et al. v. SmithKline Beecham Corp. |
| LAE 2 08-3517 | Richard Woodford, et al. v. SmithKline Beecham Corp. |
| LAE 2 08-3518 | Elbert Buckley, etc. v. SmithKline Beecham Corp. |
| LAE 2 08-3519 | Peggy Johnson, etc. v. SmithKline Beecham Corp. |
| LAE 2 08-3520 | Edward Fast, et al. v. SmithKline Beecham Corp. |
| LAE 2 08-3521 | George H. Gurtner v. SmithKline Beecham Corp. |
| LAE 2 08-3522 | Allen LeBlue, et al. v. SmithKline Beecham Corp. |
| LAE 2 08-3523 | Allen Fabre, Sr., et al. v. SmithKline Beecham Corp. |
| LAE 2 08-3528 | Preston Honor, et al. v. SmithKline Beecham Corp. |
| LAE 2 08-3529 | Ronald Plaisance, et al. v. SmithKline Beecham Corp. |

**MDL No. 1871 - Schedule CTO-20 Tag-Along Actions (Continued)**   Page 2 of 2

**DIST. DIV. C.A. #**           **CASE CAPTION**

LOUISIANA MIDDLE
   LAM  3  08-309           Gerald Acosta v. SmithKline Beecham Corp.
   LAM  3  08-312           Robin Hasten, et al. v. SmithKline Beecham Corp.

LOUISIANA WESTERN
   LAW  2  08-709           Lawrence Brown, et al. v. SmithKline Beecham Corp.
   LAW  6  08-702           Clara Touchet, etc. v. SmithKline Beecham Corp.
   LAW  6  08-704           Vergie Jones, etc. v. SmithKline Beecham Corp.

MARYLAND
   MD   1  08-1313          Don Thomas v. SmithKline Beecham Corp.

MINNESOTA
   MN   0  08-1463          Jimmie Thomas, et al. v. SmithKline Beecham Corp.

NEW YORK WESTERN
   ~~NYW  1  08-386~~           ~~Renee Mick, etc. v. GlaxoSmithKline PLC, et al.~~     Opposed 7/3/08

TENNESSEE MIDDLE
   TNM  3  08-509           Regald Swauncy v. SmithKline Beecham Corp.

TEXAS NORTHERN
   TXN  6  08-22            Odis Sparks v. SmithKline Beecham Corp.

TEXAS SOUTHERN
   TXS  4  08-1559          Jackie Chalmers v. SmithKline Beccham Corp.
   TXS  4  08-1592          Jacqueline Alsobrook v. SmithKline Beecham Corp.
   TXS  4  08-1594          Angela C. Trent v. SmithKline Beecham Corp.
   TXS  4  08-1599          Billy Carroll Tetleton v. SmithKline Beecham Corp.
   TXS  4  08-1602          Jacqueline Taylor v. SmithKline Beecham Corp.
   TXS  4  08-1603          Gerald Gifford v. SmithKline Beecham Corp.
   TXS  4  08-1605          Ernest Marvin Littleton v. SmithKline Beecham Corp.
   TXS  4  08-1606          Tom Kirk v. SmithKline Beecham Corp.
   TXS  4  08-1608          John T. Kiddy v. SmithKline Beecham Corp.
   TXS  4  08-1609          Tonia Honeycutt v. SmithKline Beecham Corp.
   TXS  4  08-1610          Joyce R. Grant v. SmithKline Beecham Corp.
   TXS  4  08-1613          John C. Hacker v. SmithKline Beecham Corp.
   TXS  4  08-1614          Ralph S. DeArmond v. SmithKline Beecham Corp.
   TXS  4  08-1616          Michael W. Bishop v. SmithKline Beecham Corp.

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

ROOM 2609
(267) 299-7018



RE:  ADVANDIA MARKETING, SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION; MDL 1871

Dear Clerk:

Enclosed is a Certified copy of the conditional transfer order (CTO-20) issued by the Judicial Panel on Multidistrict Litigation directing the transfer of the cases listed on the attached schedule to the ED-PA as part of the MDL 1871 assigned to the Honorable Cynthia M. Rufe.

**Please docket this order on the cases listed on the attached schedule and notify our court by mailing us a certified copy of the docket when completed. We will then log onto pacer and print the case file. You will not be required to forward any documents to our district unless directed otherwise.**

If you have any questions, please call me at (267) 299-7018.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: Tom Dempsey
Tom Dempsey, Deputy Clerk
MDL Docketing Clerk

Enclosure