1   DONALD F. ZIMMER, JR. (State Bar No. 112279)
2   BRENDA N. BUONAIUTO (State Bar No. 173919)
    KING & SPALDING LLP
3   Four Embarcadero Center
    Suite 3500
4   San Francisco, CA 94111
    Telephone:  (415) 318-1200
5   Facsimile:  (415) 318-1300
6   Email:   fzimmer@kslaw.com
             bbuonaiuto@kslaw.com
7
    Attorneys for Defendants
8   SMITHKLINE BEECHAM CORPORATION, d/b/a
    GLAXOSMITHKLINE and McKESSON CORPORATION
9

**FILED**

MAR – 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14   KATHRYN BROWN, JESSE MOORE,          Case No. CV-08-02664-CW

15              Plaintiffs,               NOTICE OF SUBSTITUTION OF
                                          COUNSEL AND [PROPOSED] ORDER
16         v.                             APPROVING SUBSTITUTION

17   SMITHKLINE BEECHAM
     CORPORATION d/b/a
18   GLAXOSMITHKLINE and MCKESSON
     CORPORATION,
19
20              Defendants.

21

22

23

24

25

26

27

28

1  TO THE COURT AND PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

2          Please take notice that defendants SMITHKLINE BEECHAM CORPORATION,

3  dba GLAXOSMITHKLINE and McKESSON CORPORATION (collectively

4  "Defendants") hereby substitute Donald F. Zimmer, Jr. and Brenda N. Buonaiuto of the

5  law firm of King & Spalding LLP as attorney of record in the place and stead of Alan J.

6  Lazarus and Krista L. Cosner of the law firm of Drinker Biddle & Reath LLP, 50

7  Fremont Street, 20th Floor, San Francisco, California, 94105.

8          Copies of all further notices, papers, pleadings, and orders filed or served upon

9  Defendants should be sent to the undersigned at:

10          Donald F. Zimmer, Jr.
           Brenda N. Buonaiuto
11          KING & SPALDING LLP
           Four Embarcadero Center
12          Suite 3500
           San Francisco, CA 94111
13          Telephone: (415) 318-1200
           Facsimile: (415) 318-1300
14          dzimmer@kslaw.com
           bbuonaiuto@kslaw.com
15

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

2

1    Defendants have been given proper notice pursuant to Civil Local rule 11-5 and

2   further consent to the above substitution.

3   DATED:  February 27, 2009          SMITHKLINE BEECHAM CORPORATION, DBA
                                       GLAXOSMITHKLINE AND MCKESSON
4                                      CORPORATION

5

6

7                                      By: ____/s/ Beth Spanninger_____
                                           Beth Spanninger
8                                          Senior Counsel

9

10

11   I have given proper notice pursuant to Civil Local rule 11-5 and further consent to

12  the above substitution.

13  DATED:  February 27, 2009          DRINKER BIDDLE & REATH LLP

14

15                                     By: ____/s/ Alan J. Lazarus_____
                                           Alan J. Lazarus
16                                         Krista L. Cosner

17

18   The undersigned hereby consent to this substitution and represent that they have

19  been duly admitted to practice in this District.

20  DATED:  February 27, 2009          KING & SPALDING LLP

21

22                                     By: ____/s/ Donald F. Zimmer, Jr._____
                                           Donald F. Zimmer, Jr.
23
                                       Attorneys for Defendant
24                                     SMITHKLINE BEECHAM CORPORATION, dba
                                       GLAXOSMITHKLINE and McKESSON
25                                     CORPORATION

26

27

28                                            3
    ─────────────────────────────────────────────────────────────────────────
    NOTICE OF SUBSTITUTION OF COUNSEL AND              Case No. CV-08-02664-CW
    [PROPOSED] ORDER APPROVING SUBSTITUTION

1    I hereby certify that Beth Spanninger and Alan Lazarus concur in the e-filing of

2  this document.

3  Dated: February 27, 2009

4

5                                              /s/ Donald F. Zimmer, Jr.
                                          Donald F. Zimmer, Jr.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                      4

NOTICE OF SUBSTITUTION OF COUNSEL AND                    Case No. CV-08-02664-CW
[PROPOSED] ORDER APPROVING SUBSTITUTION

1      The Court hereby approves the substitution of Donald F. Zimmer, Jr., and Brenda

2 N. Buonaiuto of the law firm of King & Spalding LLP as counsel for Defendants in the

3 place and stead of Alan J. Lazarus and Krista L. Cosner of the law firm of Drinker Biddle

4 & Reath LLP, 50 Fremont Street, 20th Floor, San Francisco, California, 94105.

5      Copies of all further notices, papers, pleadings, and orders filed or served upon

6 Defendants, should be sent to:

7 Donald F. Zimmer, Jr.
  Brenda N. Buonaiuto
8 KING & SPALDING LLP
  Four Embarcadero Center
9 Suite 3500
  San Francisco, CA 94111
10 Telephone: (415) 318-1200
  Facsimile: (415) 318-1300
11 dzimmer@kslaw.com
  bbuonaiuto@kslaw.com

12

13     **MAR - 2 2009**

14 Dated: _____, 2009

                  Judge of the District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                           5

NOTICE OF SUBSTITUTION OF COUNSEL AND          Case No. CV-08-02664-CW
[PROPOSED] ORDER APPROVING SUBSTITUTION